### 74. McWILLIAMS-RANKIN COMPANY v. ROBINSON.

POWELL, J.  1. The motion to dismiss the certiorari was not well taken.
2. Upon the merits, this case is controlled by the decision in *Fagan* v. *Jackson*, ante, 24; *Whitehead* v. *Patterson*, 88 *Ga.* 748.

*Judgment affirmed.*

Certiorari, from Bibb superior court—Judge Felton.    June 11, 1906.

Submitted February 6,—Decided February 8, 1907.

*R. S. Wimberly, E. W. Maynard,* for plaintiff.

*R. Douglas Feagin,* for defendant.